# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1369.  BRENT HANCOCK v. JILL HANCOCK.**

Brent Hancock's motion to withdraw his appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/16/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*